IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK MONROE DAVIS,<br><br>        Plaintiff,<br><br>vs.<br><br>D.G. ADAMS, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. CV-F-04-6287 REC DLB P<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATIONS<br>RE MOTION FOR PRELIMINARY INJUNCTION<br><br>[Doc.3] |

     Plaintiff Kirk Monroe Davis ("plaintiff"), is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for preliminary injunction filed September 21, 2004 wherein plaintiff requests an order requiring defendants to provide plaintiff with a "CDC 128-C Health Services Chrono" that authorizes the plaintiff to order and purchase at his own expense, an egg crate mattress and a wheel chair cushion.

     On November 10, 2004, the magistrate judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. After an extension of time, plaintiff filed objections to the Findings and Recommendations to the recommendation on January 14, 2005.

     In his objections, plaintiff challenges the legal authority of the Magistrate Judge to issue the findings and recommendation because plaintiff did not consent to the jurisdiction of the Magistrate

Judge to resolve this action. Plaintiff's objections are without merit. Notwithstanding plaintiff's refusal to consent to the jurisdiction of the Magistrate Judge to finally resolve this action, the Magistrate Judge is authorized by statute and local rule to make findings and recommendations to the district court on dispositive motions and to issue orders on non-dispositive matters.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed November 10, 2004, are adopted in full;

2. Plaintiff's motion for preliminary injunctive relief, filed September 21, 2004, is DENIED.

IT IS SO ORDERED.

**Dated: September 28, 2005**              **/s/ Robert E. Coyle**
668554                                     UNITED STATES DISTRICT JUDGE