IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK MONROE DAVIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>D.G. ADAMS, et al.,<br><br>    Defendant. | No. CV-F-04-6287 REC/DLB P<br><br>ORDER VACATING FINDING AND RECOMMENDATION FILED ON OCTOBER 20, 2005 (Doc. 14) AND DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT ON OR BEFORE FEBRUARY 24, 2006 |

On October 5, 2005, the United States Magistrate Judge recommended that this action be dismissed because of plaintiff's failure to file an amended complaint pursuant to the Order dismissing the complaint with leave to amend filed by the Magistrate Judge on November 10, 2004.

On November 7, 2005, plaintiff timely filed objections to the recommendation.

The court has reviewed the record herein de novo. In plaintiff's objections filed on November 7, 2005, he contends that he did not fail to timely comply with the Magistrate Judge's

1

Order.  In so contending, plaintiff asserts that he filed objections to the November 10, 2004 Order on January 14, 2005, after receiving an extension of time.

    Plaintiff should not have filed an objection to the November 10, 2004 Order.  Objections are filed in response to a finding and recommendation from the Magistrate Judge to the district court.  See Rule 72-303, Local Rules of Practice.  When the Magistrate Judge issues an Order, a plaintiff who disagrees with that Order must file a request for reconsideration by the district court of magistrate judge's ruling.  See Rule 72-302, Local Rules of Practice.  Furthermore, plaintiff's "objections" to the November 10, 2004 Order complained that, because plaintiff had refused to consent to the jurisdiction of the Magistrate Judge to finally resolve this action, the Magistrate Judge could not have issued the November 10, 2004 Order.  In the court's Order Adopting Findings and Recommendations re Motion for Preliminary Injunction filed on September 29, 2005, the court specifically advised:

> Notwithstanding plaintiff's refusal to consent to the jurisdiction of the Magistrate Judge to finally resolve this action, the Magistrate Judge is authorized by statute and local rule to make findings and recommendations to the district court on dispositive motions and to issue orders on non-dispositive matters.

Therefore, plaintiff was made aware that his "objections" to the November 10, 2004 Order were without merit.  However, in his objections to the instant recommendation, plaintiff, noting that

2

1  he is proceeding <u>in pro per</u>, requests that he be given leave to
2  file the amended complaint.
3      Because plaintiff is proceeding <u>in pro per</u> and might not
4  have realized that his "objections" to the November 10, 2004
5  Order were legally ineffective, the court will grant plaintiff
6  one more opportunity to file an amended complaint as required by
7  the November 10, 2004 Order.
8      ACCORDINGLY:
9      1.   The findings and recommendation filed on October 10,
10 2005 are vacated.
11     2.   Plaintiff shall file an amended complaint as required by
12 the November 10, 2004 Order on or before Friday, February 24,
13 2006.  No extension of time to comply with this Order will be
14 granted.  Failure to timely comply will result in the dismissal
15 of this action.
16 IT IS SO ORDERED.
17 **Dated:  January 27, 2006**              **/s/ Robert E. Coyle**
   668554                                 UNITED STATES DISTRICT JUDGE

3